FILED

2023 Jul-25  AM 11:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| TAVARS D. LYNCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-00599-ACA-JHE |
| | ) | |
| DANNY SHEARS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

Plaintiff Tavars D. Lynch has filed a *pro se* second amended complaint under 42 U.S.C. § 1983, alleging violations of his rights under the Constitution or laws of the United States.  (Doc. 22). On July 3, 2023, the magistrate judge entered a report recommending that the court dismiss this action pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. (Doc. 30). Although the magistrate judge advised Mr. Lynch of his right to file written objections within fourteen days (*id.* at 11–12), the court has not received any objections.

A party's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b)(1), the court **WILL**

**DISMISS** this action without prejudice for failing to state a claim upon which relief may be granted.

The court will enter a separate order consistent with this memorandum opinion.

**DONE** and **ORDERED** this July 25, 2023.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE